UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ABDULHAKIM FAHID SALIM** | **CIVIL ACTION NO. 3:15CV97** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STATE FARM FIRE & CASUALTY CO** | **MAGISTRATE JUDGE HAYES** |

## MEMORANDUM ORDER

Before the undersigned Magistrate Judge, on reference from the District Court, is a "Motion to Quash Subpoena," [doc. # 10], filed by Tim Barfield in his official capacity as Secretary of the Louisiana Department of Revenue ("LDR"). According to the LDR, Defendant State Farm Fire & Casualty Co. served a subpoena that commands the LDR custodian of records to appear in Baton Rouge, Louisiana, and produce various records. *Id.* at 1-2. The LDR asks the Court to quash the subpoena on the basis that the requested records are confidential and privileged. *Id.* at 2.

This Motion is not properly before the Court. Federal Rule of Civil Procedure 45(d)(3)(A) states, "On timely motion, the court for the district where compliance is required must quash or modify a subpoena that . . . requires disclosure of privileged or other protected matter . . . ." Here, the subpoena commands the LDR custodian of records to produce documents in Baton Rouge, Louisiana. [doc. # 10, p. 1]. Consequently, the Middle District of Louisiana, the "district where compliance is required," is the proper district in which to seek relief.

Accordingly, the Motion to Quash, [doc. # 10], is **DENIED WITHOUT PREJUDICE**.

In Chambers, Monroe, Louisiana, this 24th day of March, 2015.

                                                                                       _____
                                                                                       KAREN L. HAYES
                                                                                       UNITED STATES MAGISTRATE JUDGE